# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JUANITA L. MCLAUGHLIN,** | ) | Case No.5:16CV1512 |
| **Plaintiff,** | ) | |
| -vs- | ) | <u>O R D E R</u> |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | **JUDGE CHRISTOPHER A. BOYKO** |

On June 17, 2016, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge David A. Ruiz. On May 4, 2017, the Magistrate Judge recommended that the Commissioner's decision be affirmed. (Dkt. #17). Plaintiff has not filed a response.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Ruiz's Recommendation is **ADOPTED** and the Commissioner's decision is affirmed.

IT IS SO ORDERED.

Dated: 5/22/2017

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE